**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, <br><br> Plaintiff. <br><br> v. <br><br> SUNQUEST GENERAL ENGINEERING, INC., <br><br> Defendant. | Case No. CV 21-9477 FMO (JPRx) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Re: Motion for Default Judgment, IT IS ADJUDGED that:

1. Default judgment shall be entered in favor of plaintiff Construction Laborers Trust Funds for Southern California Administrative Company ("plaintiff") and against defendant Sunquest General Engineering, Inc. ("defendant") in the total amount of $528,565.24, which is comprised of: (1) $374,832.55 in fringe benefits; (2) $74,966.51 in liquidated damages; (3) $61,398.47 in prejudgment interest; (4) $2,720.00 in audit fees; (5) $13,878.35 in attorney's fees; and (6) $769.36 in costs.

2. Plaintiff shall serve defendant with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

Dated this 2nd day of November, 2023.

/s/
Fernando M. Olguin
United States District Judge